UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARLEM GLOBETROTTERS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. SMALL BUSINESS ADMINISTRATION, and ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the U.S. Small Business Administration, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:22-cv-01679 |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiff Harlem Globetrotters International, Inc. and Defendant U.S. Small Business Administration and Isabella Casillas Guzman have agreed to dismiss this action, **without** prejudice, and with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted, this 13 day of March, 2023.

/s/ Gunjan Talati
Gunjan Talati (DC Bar No. 976169)
KILPATRICK TOWNSEND & STOCKTON LLP
607 14th St. NW, Suite 900
Washington, DC 20005
gtalati@kilpatricktownsend.com
Telephone: (202) 481-9941

*Counsel for Plaintiff Harlem Globetrotters International, Inc..*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK

Acting Chief, Civil Division

/s/ Michael A. Tilghman II
MICHAEL A. TILGHMAN II
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7113

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2023, I electronically filed the forgoing Stipulated Dismissal without Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF users.

/s/ Gunjan Talati  
Gunjan Talati
